# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE:

John Lyson,

                      DEBTOR.

_____/

CHAPTER 13
CASE NO. 18-51386-PJS
JUDGE PHILLIP J. SHEFFERLY

## TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

    **NOW COMES** the Chapter 13 Standing Trustee, David Wm. Ruskin, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to L.B.R. 3015-3(a) (E.D.M.) as follows:

    1.    Class 5.1 of the debtor's Chapter 13 Plan provides for payments to be made to GM Financial with monthly payments of $372.59 per month, however, this monthly payment will not pay this claim in full during the term of the debtor's Chapter 13 Plan based upon the Proof of Claim filed by the creditor. As such, the debtor's Plan may not comply with 11 U.S.C. Section 1325.

    2.    Based on debtor's paystubs, debtor is voluntarily contributing, on average, $110.00 to a retirement account on a voluntary basis. This deduction is not disclosed in debtor's Schedule I as required by 11 U.S.C. Section 521 resulting in debtor's Plan failing to comply with 11 U.S.C. Section 1325(a)(1). Further, debtor's failure to disclose this contribution on Schedule I raised questions concerning the feasibility of debtor's Chapter 13 Plan as debtor's actual monthly net income is less than the amount shown on debtor's Schedule I, calling into question debtor's ability to make debtor's Chapter 13 Plan payments as required by 11 U.S.C. Section 1325(a)(6). Finally, debtor's failure to disclose these voluntary retirement contributions evidences a lack of good faith as debtor is attempting to conceal voluntary retirement contributions which debtor would not be permitted to make had debtor correctly disclosed those contributions in the first instance. Therefore, debtor's Plan fails to comply with 11 U.S.C. Section 1325(a)(3) and Section 1325(a)(7).

    3.    Based upon the debtor's Schedule I, the debtor prorates the debtor's bonus income in the amount of $100.00 per month or $1,200.00 per year, however, the debtor's Chapter 13 Plan does not provide for the debtor to remit any funds over and above the annual amount as stated on the Schedule I. As such, the debtor's Plan does not comply with 11 U.S.C. Section 1325(b)(1)(B) and 11 U.S.C. Section 1325(a)(3)

**WHEREFORE,** the Chapter 13 Standing Trustee requests this Honorable Court deny confirmation of the debtor's Chapter 13 Plan unless modified to meet these objections.

                OFFICE OF DAVID WM. RUSKIN,
                STANDING CHAPTER 13 TRUSTEE

Dated: October 1, 2018   By:   /s/ Lisa K. Mullen
                           LISA K. MULLEN (P55478)
                           THOMAS D. DECARLO (P65330)
                           Attorneys for Chapter 13 Trustee, David Wm. Ruskin
                           1100 Travelers Tower
                           26555 Evergreen Road
                           Southfield, MI 48076-4251
                           Telephone (248) 352-7755

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

        CHAPTER 13
John Lyson,        CASE NO. 18-51386-PJS
    DEBTOR.    JUDGE PHILLIP J. SHEFFERLY
_____/

**CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTIONS TO
CONFIRMATION OF CHAPTER 13 PLAN**

I hereby certify that on October 1, 2018, I electronically filed the TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

The following parties were served electronically:

    BABUT LAW OFFICES PLLC
    700 TOWNER STREET
    YPSILANTI, MI 48198-0000

The following parties were served via First Class Mail at the addresses below by depositing same in a United States Postal Box with the lawful amount of postage affixed thereto:

    John Lyson
    6448 Lakeview Boulevard
    Westland, MI 48185-0000

        /s/ Jayme L. DePriest
        Jayme L. DePriest
        For the Office of David Wm. Ruskin,
        Chapter 13 Standing Trustee - Detroit
        1100 Travelers Tower
        26555 Evergreen Road
        Southfield, MI 48076-4251
        (248) 352-7755