# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re:

    John Lyson

               Debtor

Case No. 18-51386
Chapter 13
Hon. Phillip Shefferly

_____/

## ORDER ALLOWING DEBTOR(S) TO OBTAIN CREDIT (NON-AUTO)

    The above captioned Debtor(s) having filed a Petition for relief under Chapter 13 of the Bankruptcy Code, and having sought to obtain credit pursuant to 11 U.S.C. 365 for the following reasons: Debtor must have a place to live to support his family and so he can continue making his agreed payments, consent of the Trustee having been obtained, and the Court being otherwise sufficiently advised in the premises;

IT IS HEREBY ORDERED THAT:

1. Debtor may renew his apartment lease pursuant to the terms of this Order.
2. The lender may secure its interest with a lien on the above property.
3. Debtor shall make direct payments to the lender or its assigns, Edward Rose and Sons.
4. Debtor shall be allowed to obtain credit not to exceed $9,240.00.
5. No notice is required as this Order does not adversely impact upon the Plan or Creditors.
6. Debtor's monthly payment for principal and interest shall not exceed $770.00.
7. This Order shall be valid for sixty (60) days after entry.
8. Debtor shall provide the Trustee with copies of the financing documents evidencing the terms of the purchase, including the name and address of the secured creditor within fifteen (15) days of signing the lease renewal agreement.

**Signed on April 23, 2019**

9.



/s/ Phillip J. Shefferly
_____
Phillip J. Shefferly
United States Bankruptcy Judge